```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., )<br>)<br>            Plaintiffs,      )<br>)<br>     vs.                       )<br>)<br>EVENT PRODUCTIONS, INC., a     )<br>California corporation,        )<br>)<br>            Defendant.         )<br>_____) | NO.  C 10 0173 MEJ<br><br>ORDER FOR CONDITIONAL<br>DISMISSAL |

   Plaintiffs' counsel having advised the Court that the parties have agreed to a payment plan that will be finished within nine months.

   IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on the opposing party or counsel, within nine months from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the civil active calendar.

Dated: September 1, 2010

UNITED STATES DISTRICT COURT

_____
Honorable Maria-Elena James

ORDER FOR CONDITIONAL DISMISSAL

PROOF OF SERVICE

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On August 31, 2010 I served the within ORDER FOR CONDITIONAL DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Denis Egan
Event Productions, Inc.
651 West Tower Avenue
Alameda, CA 94501

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2010 at San Francisco, California.

                                        /s/Sharon Eastman
                                        Sharon Eastman